UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS KING, | Case No. 2:21-cv-11369 |
| Plaintiff, | Paul D. Borman<br>United States District Judge |
| v. | |
| ADVANCED CORRECTIONAL HEALTHCARE, INC. *et al.*, | Jonathan J.C. Grey<br>United States Magistrate Judge |
| Defendants._____/ | |

## ORDER ADOPTING MAGISTRATE JUDGE GREY'S OCTOBER 26, 2021 REPORT AND RECOMMENDATION (ECF No. 19)

On October 26, 2021, Magistrate Judge Jonathan J.C. Grey issued a Report and Recommendation to Dismiss Plaintiff Thomas King's Complaint. (ECF No. 19). Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the Report and Recommendation. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated:  November 15, 2021